UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:
    Dawayne Duncan
    Brittanee Duncan
        Debtor(s)

Case No. 14-04792

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/14/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/28/2014.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$0.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor:    $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Aargon Agncy | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| AMEREN ILLINOIS | Unsecured | 438.00 | 802.08 | 802.08 | 0.00 | 0.00 |
| BUS & PROSVC | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| Ccb Credit Services | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| Centennial | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Collect Sys | Unsecured | 3,168.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 780.00 | 1,198.35 | 1,198.35 | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 715.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 186.00 | 186.44 | 186.44 | 0.00 | 0.00 |
| Department of Water and Sewer | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Diversified Consulta | Unsecured | 954.00 | NA | NA | 0.00 | 0.00 |
| Fair Collections & Out | Unsecured | 3,857.00 | NA | NA | 0.00 | 0.00 |
| Fincl Rcvrv | Unsecured | 5,337.00 | NA | NA | 0.00 | 0.00 |
| Frontier Communication | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| Hertg Accpt | Secured | 6,375.00 | NA | 12,395.00 | 0.00 | 0.00 |
| Hertg Accpt | Unsecured | 6,020.00 | NA | NA | 0.00 | 0.00 |
| Home Choice | Unsecured | 1,461.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 164.30 | 164.30 | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc (Original Creditor:01 City Of C | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc (Original Creditor:01 Village O | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Medicredit Corp (Original Creditor:Amere | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding (Original Creditor:T-Mc | Unsecured | 1,347.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 600.00 | 1,347.30 | 1,347.30 | 0.00 | 0.00 |
| Municollofam (Original Creditor:04 Villa | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| Municollofam (Original Creditor:04 Villa | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN INDIANA PUBLIC SVC | Unsecured | 700.00 | 187.67 | 187.67 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Payliance (Original Creditor:Papa John S | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Payliance (Original Creditor:Papa John S | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL INC | Unsecured | NA | 375.75 | 375.75 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 437.00 | 437.16 | 437.16 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Public Storage | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| Rmg Systms (Original Creditor:12 West B | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Shaffer & Associates (Original Creditor: | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| Stellar Rec (Original Creditor:01 Comcas | Unsecured | 622.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc (Original Creditor: | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| Sun Loan | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| Sun Loan | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| TCF | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| Tower Loans | Unsecured | 421.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Manageme (Original Credito | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF EVERGREEN PARK | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| village of hazel crest | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,395.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$12,395.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$4,699.05** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/15/2014                                By: /s/ Tom Vaughn
                                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**